**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: TRUST AGREEMENT | : No. 169 WAL 2022 |
| ESTABLISHED UNDER AGREEMENT OF | : |
| SARAH MELLON SCAIFE, DECEASED, | : |
| DATED MAY 9, 1963 | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| PETITION OF: STRASSBURGER | : |
| MCKENNA GUTNICK & GEFSKY | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.